UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICKY K. JACOBS**                                    **CIVIL ACTION**

**VERSUS**                                             **No. 08-1391**

**JOHN MCNEALY**                                       **SECTION "B"(5)**

### ORDER & REASONS

Considering the foregoing motion (Rec. Doc. No. 23),

**IT IS ORDERED** that the Motion for Reconsideration is **DENIED** for failure to comply with the Federal Rules of Civil Procedure and the rules of Court as attorneys. The Fifth Circuit has stated that Courts construe Pro Se litigants' pleadings liberally. *Howard v. King,* 707 F.2d 215, 220 (5th Cir. 1983). However, Pro Se litigants are not exempt from compliance with the relevant rules of procedure and substantive law. *Wells v. Ali,* 304 Fed. Appx 292, 293 (5th Cir. 2008); *Birl v. Estelle*, 660 F.2d 592,593 (5th Cir. 1981).

New Orleans, Louisiana, this 10th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE